# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Sanford A. Killian | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff | ) | 1:24-cv-00097-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| United States | ) | |
| Defendant | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 30, 2024 Order.

July 30, 2024

Katherine Hord Simon, Clerk
United States District Court